NUMBER 13-01-011-CV

 

COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI

 ____________________________________________________________________ 



COASTAL REFINING & MARKETING, INC. , Appellant, 



v.

 

C. C. CRANE & RIGGING, INC. , Appellee. 

____________________________________________________________________ 



On appeal from the 347th District Court

 of Nueces County, Texas.

 ____________________________________________________________________ 



O P I N I O N

 

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam



 Appellant, COASTAL REFINING & MARKETING, INC. , perfected an appeal from a judgment entered by the 347th
District Court of Nueces County, Texas, in cause number 97-4936-H . After the notice of appeal was filed, the parties 
filed a joint motion to dismiss the appeal. In the motion, the parties state that they have reached a compromise and
settlement of all claims relating to this appeal. The parties request that this Court dismiss the appeal. 

 The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the
motion should be granted. The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 25th day of January, 2001 .